The Hon. James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| ISOMEDIA, INC., a Washington corporation,<br><br>             Plaintiff,<br><br>    v.<br><br>SPECTRUM DIRECT, INC., a California corporation; VISTAPRINT USA, INC., a Delaware corporation; THE LEGAL LEADS NETWORK, INC., a Florida corporation; AARP, INC., a Washington, DC non-profit corporation; PROSPER, INC., a Utah corporation; COSTA MARKETING GROUP, INC., a Florida corporation; PARAGON SOLUTIONS NETWORK, INC., a California corporation; MEDICAL HAIR RESTORATION, INC., a Florida corporation; GREEN BULLION FINANCIAL SERVICES, LLC, a Florida limited liability company; EDUCATION DYNAMICS, LLC, a Washington limited liability company; DIRECT WINES, INC., a Delaware corporation; AMERICAN SATELLITE, INC., a Nevada corporation; and JOHN DOES, I-CC,<br><br>             Defendants. | No. 08-CV-1733- JLR<br><br>**VISTAPRINT USA, INCORPORATED'S NOTICE OF INTENT TO FILE A SURREPLY PURSUANT TO CIVIL RULE 7(G)** |

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SEATTLE

**VISTAPRINT'S NOTICE OF INTENT TO FILE A SURREPLY PURSUANT TO C.R. 7(G)**

COOLEY GODWARD KRONISH LLP
719 SECOND AVE., STE. 900
SEATTLE, WA 98104
206-452-8700

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THIS MATTER:

PLEASE TAKE NOTICE that on or before March 11, 2009, defendant VistaPrint USA, Incorporated ("VistaPrint") will file a surreply pursuant to Civil Rule 7(g) requesting that the Court strike page 1 line 22 through page 4 line 12 of Isomedia's Reply to Defendants' Response to Isomedia's Request for Leave to File a Second Amended Complaint. (Dkt. 30.)

Dated: March 11, 2009

/s/Joseph S. Leventhal
JOSEPH S. LEVENTHAL (*pro hac vice*)
MICHAEL G. RHODES (*pro hac vice*)
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA  92121

COOLEY GODWARD KRONISH LLP
KEVIN F. KELLY (WSBA# 5224)
719 Second Ave., Ste 900
Seattle, WA  98104
Telephone: 206-452-8700
Fax: 206-452-8800
Email: jleventhal@cooley.com

Attorneys for Defendant
VISTAPRINT USA, INCORPORATED

623817 v1/SD

VISTAPRINT'S NOTICE OF INTENT TO FILE A SURREPLY PURSUANT TO C.R. 7(G)   1.

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SEATTLE

COOLEY GODWARD KRONISH LLP
719 SECOND AVE., STE. 900
SEATTLE, WA 98104
206-452-8700