Hon. James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| ISOMEDIA, INC., a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SPECTRUM DIRECT, INC., a California corporation; VISTAPRINT USA, INC., a Delaware corporation; THE LEGAL LEADS NETWORK, INC., a Florida corporation; AARP, INC., a Washington, DC non-profit corporation; PROSPER, INC., a Utah corporation; COSTA MARKETING GROUP, INC., a Florida corporation; PARAGON SOLUTIONS NETWORK, INC., a California corporation; MEDICAL HAIR RESTORATION, INC., a Florida corporation; GREEN BULLION FINANCIAL SERVICES, LLC, a Florida limited liability company; EDUCATION DYNAMICS, LLC, a Washington limited liability company; DIRECT WINES, INC., a Delaware corporation; AMERICAN SATELLITE, INC., a Nevada corporation; and JOHN DOES, I-CC,<br><br>    Defendants. | No. 08-CV-1733-JLR<br><br>**VISTAPRINT USA INCORPORATED'S SURREPLY PURSUANT TO CIVIL RULE 7(G) REQUESTING THAT THE COURT STRIKE PART OF PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR LEAVE TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT** |

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SEATTLE

VISTAPRINT'S SURREPLY PURSUANT TO C.R. 7(G)
08-CV-1733-JLR

COOLEY GODWARD KRONISH LLP
719 SECOND AVE., STE. 900
SEATTLE, WA 98104
206-452-8700

## I. INTRODUCTION

Plaintiff Isomedia improperly utilized the first part of its Reply to Defendants' Opposition to Isomedia's Motion for Leave to File a Second Amended Complaint ("Reply") (Dkt. 30), as a surreply to VistaPrint USA, Incorporated's ("VistaPrint's") Motion to Dismiss. (Dkt. 10.) VistaPrint is therefore filing this surreply pursuant to C.R. 7(g) requesting that the Court strike page 1 line 22 through page 4 line 12 of Isomedia's Reply.

## II. ARGUMENT

Defendants' Opposition to Isomedia's Motion for Leave to File a Second Amended Complaint narrowly addressed legitimate legal objections to the Second Amended Complaint, including prejudice resulting from Isomedia's delay in moving to file its Second Amended complaint, and the futility of Isomedia's proposed amendments. (Opposition to Plaintiff's Motion for Leave to File a Second Amended Complaint ("Opposition"), at 7:3-28, 8:15-19) (Dkt. 24); *see also DCD Programs Ltd. v. Leighton*, 833 F.2d 183, 186 (9th Cir. 1987) (finding that leave to amend may be denied based on "bad faith, undue delay, prejudice to the opposing party, and the futility of amendment.") Rather than respond to these legitimate objections, Isomedia utilizes the first three and a half pages of its Reply to raise new arguments in support of its Motion that are unresponsive to Defendants' Opposition.

Indeed, the content of Isomedia's Reply appears to address many of the arguments raised by VistaPrint in its Motion to Dismiss. Isomedia explicitly states in its Reply that "[u]nder the guise of the pleading requirements of FRCP 8, the Defendants are really asking that Isomedia make the thousands of spam that Defendants sent a part of the complaint…" (Reply, 4:6-8.) Neither Isomedia's initial Motion, nor Defendants' Opposition raise the pleading requirements of Federal Rule of Civil Procedure 8. Rather this argument, as well all of the content on page 1 line 22 through page 4 line 12 of Isomedia's reply, is most properly characterized as a surreply to VistaPrint's Motion to Dismiss.

It is well established that "[t]he district court need not consider arguments raised for the first time in a reply brief." *Zamani v. Carnes*, 491 F.3d 990, 997 (9th Cir. 2007). And a surreply of this type is not proper unless requested by the court. *See* 12-C Hon. William W. Schwarzer, *et.*

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SEATTLE

VISTAPRINT'S SURREPLY PURSUANT TO C.R. 7(G)
08-CV-1733-JLR

1.

COOLEY GODWARD KRONISH LLP
719 SECOND AVE., STE. 900
SEATTLE, WA 98104
206-452-8700

1  *al. Rutter Practice Guide: Federal Civil Procedure Before Trial, National Edition* § 12:110
2  (2008) (noting that there is no reply to reply briefs).  The Court should therefore strike these
3  arguments as improperly raised in Isomedia's Reply.

4  **III.   CONCLUSION**

5  VistaPrint therefore requests that this Court strike page 1 line 22 through page 4 line 12 of
6  Isomedia's Reply as improper.

8  Dated: March 11, 2009                    */s/Joseph S. Leventhal*
9                                           JOSEPH S. LEVENTHAL (*pro hac vice*)
                                             MICHAEL G. RHODES (*pro hac vice*)
10                                           COOLEY GODWARD KRONISH LLP
                                             4401 Eastgate Mall
11                                           San Diego, CA  92121

12                                           COOLEY GODWARD KRONISH LLP
                                             KEVIN F. KELLY (WSBA# 5224)
13                                           719 Second Ave., Ste 900
                                             Seattle, WA  98104
14                                           Telephone: 206-452-8700
                                             Fax: 206-452-8800
15                                           Email: jleventhal@cooley.com

16                                           Attorneys for Defendant
17                                           VISTAPRINT USA, INCORPORATED

18  623786 v1/SD

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SEATTLE

VISTAPRINT'S SURREPLY PURSUANT TO C.R. 7(G)
08-CV-1733-JLR                               2.

COOLEY GODWARD KRONISH LLP
719 SECOND AVE., STE. 900
SEATTLE, WA 98104
206-452-8700