Hon. James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| ISOMEDIA, INC., a Washington corporation, ISOMEDIA.COM, L.L.C., a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SPECTRUM DIRECT, INC., a California corporation; VISTAPRINT USA, INC., a Delaware corporation; PROSPER, INC., a Utah corporation; COSTA MARKETING GROUP, INC., a Florida corporation; PARAGON SOLUTIONS NETWORK, INC., a California corporation; MEDICAL HAIR RESTORATION, INC., a Florida corporation; GREEN BULLION FINANCIAL SERVICES, LLC, a Florida limited liability company; DIRECT WINES, INC., a Delaware corporation; AMERICAN SATELLITE, INC., a Nevada corporation; and JOHN DOES, I-CC,<br><br>Defendants. | Case No. C 08-1733 JLR<br><br>**DECLARATION OF JOSEPH S. LEVENTHAL IN SUPPORT OF DEFENDANT VISTAPRINT USA INCORPORATED'S OPPOSITION TO PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER** |

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SEATTLE

LEVENTHAL DECL. ISO VISTAPRINT'S OPP. TO PLTF'S MOTION FOR A PROTECTIVE ORDER
C 08-1733 JLR

COOLEY GODWARD KRONISH LLP
719 SECOND AVE., STE. 900, SEATTLE, WA 98104
206-452-8700

I, Joseph S. Leventhal, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California, and I am admitted to practice *pro hac vice* before this Court. I am an associate in the law firm of Cooley Godward Kronish LLP, attorneys of record for Defendant VistaPrint USA, Incorporated. I have personal knowledge of the facts set forth in this Declaration, and if called upon to testify I could and would testify competently thereto.

2. On June 5, 2009 Plaintiff Isomedia served its first set of discovery requests on VistaPrint USA Incorporated ("VistaPrint.") A true and correct copy of relevant excerpts from these requests is attached as Exhibit A.

3. VistaPrint served its first set of discovery requests on Plaintiff Isomedia Inc. on July 24, 2009. VistaPrint served its first set of discovery requests on Plaintiff Isomedia.com LLC on August 5, 2009. On September 10, 2009 both Plaintiffs responded to VistaPrint's discovery requests. On September 16, 2009, in response to the numerous deficiencies in these responses, I sent a meet and confer letter to Robert Siegel, counsel for Plaintiffs. The very next day, September 17, 2009, I received an email message from Mr. Siegel indicating his intention to supplement Plaintiffs' initial responses by September 25, 2009. Plaintiffs did not supplement their responses until October 13, 2009.

4. At no time did I receive a request to meet and confer regarding any objections Plaintiffs had to VistaPrint's discovery requests. Plaintiffs never sent any request to meet and confer regarding the subject matter of the present motion nor has any meet and confer occurred.

5. In response to Plaintiffs' Motion, my firm prepared the Opposition, filed October 13, 2009. I am familiar with my firm's billing practices and am familiar with the time that attorneys spent in connection with the Opposition, including this declaration and preparing the exhibits to the same. The time spent in preparation of the Opposition include at least 13 hours by associate Michelle L. Wasserman, at $345/hour and at least 4 hours by me at $530/hour. The total amount of fees that are attributable to the legal research, drafting, and filing of the Opposition total at least $6,605.00.

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SEATTLE

LEVENTHAL DECL. ISO VISTAPRINT'S OPP. TO PLTF'S MOTION FOR A PROTECTIVE ORDER
C 08-1733 JLR

1.

COOLEY GODWARD KRONISH LLP
719 SECOND AVE., STE. 900, SEATTLE, WA 98104
206-452-8700

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 13, 2009, at San Diego, California.

 /s/ *Joseph S. Leventhal*
Joseph S. Leventhal (*pro hac vice*)
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA  92121
Telephone: 858-550-6041
Fax: 858-550-6420
Email: jleventhal@cooley.com

649980/SD

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SEATTLE

LEVENTHAL DECL. ISO VISTAPRINT'S OPP. TO PLTF'S MOTION FOR A PROTECTIVE ORDER
C 08-1733 JLR

2.

COOLEY GODWARD KRONISH LLP
719 SECOND AVE., STE. 900, SEATTLE, WA 98104
206-452-8700