UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISOMEDIA, INC., et al., | CASE NO. C08-1733JLR |
| Plaintiffs, | MINUTE ORDER RE: AUGUST 13, 2010 HEARING |
| v. | |
| SPECTRUM DIRECT, INC., et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court held a hearing in this action on August 13, 2010, regarding the following motions: (1) Defendants Direct Wines, Inc. ("Direct Wines"), Green Bullion Financial Services, LLC ("Green Bullion"), and Spectrum Direct, Inc.'s ("Spectrum") motion to exclude Plaintiffs Isomedia, Inc. and Isomedia.com, LLC's (collectively, "Isomedia") late-disclosed expert (Dkt. # 207) and Defendant Prosper Inc.'s ("Prosper") joinder in the motion to exclude (Dkt. # 221); (2) Isomedia's motion for partial summary

ORDER- 1

judgment against Direct Wines (Dkt. # 211); (3) Prosper's motion for summary judgment (Dkt. # 219); (4) Spectrum's motion for summary judgment (Dkt. # 222); (5) Green Bullion's motion for summary judgment (Dkt. # 223); and (6) Direct Wines's motion for summary judgment (Dkt. # 224).

This minute order provides an overview of the court's oral rulings on the motions. The court explained the bases for its rulings at the hearing. This overview is intended merely to provide a record of the court's rulings for the convenience of the parties.

1. The court DENIES the motion to exclude (Dkt. # 207) and the joinder in the motion (Dkt. # 221).

2. The court DENIES Isomedia's motion for partial summary judgment against Direct Wines (Dkt. # 211).

3. The court GRANTS in part and DENIES in part Prosper's motion for summary judgment (Dkt. # 219). The court grants summary judgment in favor of Prosper with respect to Isomedia's claim under 15 U.S.C. § 7704(a)(4). The court denies summary judgment with respect to Isomedia's claims under 15 U.S.C. §§ 7704(a)(1), 7704(a)(3), and 7704(a)(5).

4. The court GRANTS Spectrum's motion for summary judgment (Dkt. # 222).

5. The court GRANTS in part and DENIES in part Green Bullion's motion for summary judgment (Dkt. # 223). The court grants summary judgment in favor of Green Bullion with respect to Isomedia's claims under 15 U.S.C. §§ 7704(a)(4) and

1  7704(a)(5)(A)(i).  The court denies summary judgment with respect to Isomedia's claims

2  under 15 U.S.C. §§ 7704(a)(1), 7704(a)(5)(A)(iii), and 7704(b)(2).

3        6.      Additionally, at the hearing, Isomedia's counsel represented that Isomedia

4  does not assert claims under 15 U.S.C. § 7704(a)(2).  This representation is in accordance

5  with the fourth amended complaint, which does not allege a violation of 15 U.S.C. §

6  7704(a)(2) as part of the first and only cause of action contained therein.  (4th Am.

7  Compl. (Dkt. # 198) ¶¶ 21-25.)  The court will treat this representation as binding on

8  Isomedia.

9        Filed and entered this 24th day of August, 2010.

                            BRUCE RIFKIN
                                Clerk

                            s/Mary Duett
                            Deputy Clerk

ORDER- 3