THE HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| ISOMEDIA, INC. a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> SPECTRUM DIRECT, INC., a California corporation, et al. <br><br> Defendants. | NO. CO8-1733 <br><br> DECLARATION OF ROBERT J. SIEGEL IN SUPPORT OF PLAINTIFF'S RESPONSE TO COURT'S SHOW CAUSE ORDER RE DISMISSAL OF ACTION <br><br><br> [JURY DEMANDED] |

I, Robert J. Siegel, state and declare as follows:

1) I am over the age of eighteen, of sound mind, and otherwise competent to testify, and make the following statements from my personal knowledge.

2) I am attorney of record for Plaintiff in the above captioned matter.

3) Attached herewith as Exhibit "A" is a true and correct copy of Defendant Direct Wines, Inc.'s Rule 26 Initial Disclosures.

DEC. OF ROBERT J. SIEGEL IN SUPPORT OF
PLAINTIFF'S RESPONSE TO COURT'S SHOW CAUSE ORDER
RE DISMISSAL OF ACTION  -1
ISOMEDIA v. SPECTRUM DIRECT, ET AL.

i.Justice Law, PC
PO Box 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299

**I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.**

Signed at Seattle, Washington on October 1, 2010.

/s/ Robert J. Siegel
**Robert J. Siegel, Declarant**
**WSBA #17312**

CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2010, I electronically filed the attached document with the Clerk of the Court using the CM/ECF, which will provide notice to all counsel of record herein.

**/s/ Robert J. Siegel**
Robert J. Siegel, WSBA#17312

DEC. OF ROBERT J. SIEGEL IN SUPPORT OF
PLAINTIFF'S RESPONSE TO COURT'S SHOW CAUSE ORDER
RE DISMISSAL OF ACTION  -2
<u>ISOMEDIA v. SPECTRUM DIRECT, ET</u> AL.

i.Justice Law, PC
PO Box 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299