UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISOMEDIA.COM, LLC, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>PROSPER, INC., et al.,<br><br>        Defendants. | CASE NO. C08-1733JLR<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

On September 17, 2010, the court granted Defendant Direct Wines, Inc.'s motion in limine and held that certain emails that Plaintiffs Isomedia.com, LLC and Isomedia, Inc. (collectively, "Isomedia") intended to offer into evidence were inadmissible. (*See* Dkt. # 319.) During the September 17, 2010 hearing, Isomedia conceded that it would be futile to go to trial on September 20, 2010 if the emails could not be admitted into evidence. (*See* Sept. 17, 2010 H'rg Tr. (Dkt. # 321) at 33.) Based on Isomedia's representation, the court struck the September 20, 2010 trial date. (*See id.* at 34.)

ORDER- 1

1       On September 20, 2010, the court ordered Isomedia to show cause why the action should not be dismissed without prejudice. (Dkt. # 320.) The court stated in its order that failure to respond would result in dismissal without prejudice. (*Id.*) Isomedia did not respond to the show cause order. Defendants Direct Wines and Prosper, Inc. ("Prosper"), however, filed responses in which they urged the court to dismiss the action with prejudice. (Dkt. ## 322 (Direct Wines Resp.), 324 (Prosper Resp.).) After reviewing Defendants' responses, the court ordered Isomedia to respond to Defendants' submissions. (Dkt. # 325.) In its response, Isomedia argued that its concession in the September 17, 2010 hearing should be construed as a motion for voluntary dismissal without prejudice under Federal Rule of Civil Procedure 41(a)(2), and that dismissal without prejudice was appropriate because the court did not decide the merits of its claims. (Dkt. # 326.) Prosper then filed a reply to Isomedia's response.[1] (Dkt. # 329.)

      Having considered the submissions of the parties and the relevant law, the court concludes that dismissal without prejudice is appropriate in this case. Accordingly, the court DISMISSES the instant action without prejudice. The court DIRECTS the clerk to enter judgment of dismissal without prejudice in accordance with this order.

      Dated this 10th day of November, 2010.

 

 

_____
JAMES L. ROBART
United States District Judge

---

[1] The court GRANTS Prosper's motion for leave to file its reply (Dkt. # 328).

ORDER- 2